## KINGMAN v. LILLY *et al.*

*Appeal from Linn District Court — Monday, December 9.*

THE judgment below in this case was affirmed, it not appearing from the record that any exceptions were taken to the rulings of the District Court, LOWE, Ch. J., delivering the opinion of the court.

*Thomas Corbett* and *Thomson & Davis* for the appellant.— *Smyth & Young* for the appellee.

---

## COOPER v. MASON.

*Appeal from Cedar District Court — Tuesday, December 10.*

THIS case turned entirely upon questions of fact, and the judgment of the court below was affirmed as being sustained by the testimony, LOWE, Ch. J., delivering the opinion of the court.

*Thomas Hanna* for the appellant — *Richman & Carskadden* for the appellee.